# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LONELL HOLLOMAN, *pro se,*

      Plaintiff,

v.                                    Case No: 8:12-cv-1759-T-30TGW

UNITED STATES DEPARTMENT OF
EDUCATION, UNITED STATES
DEPARTMENT OF TREASURY and
FLORIDA TECHNICAL COLLEGE,

      Defendants.

_____

### ORDER OF DISMISSAL

      Before the Court is the *pro se* Plaintiff's Notice of Voluntary Dismissal (Dkt. #12).

Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      This cause is dismissed without prejudice.

      2.      All pending motions are denied as moot.

      3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 28th day of March, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1759 dismiss 12.docx